# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS, DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                              Case No.: 2:11-CR-97-FTM-36SPC

WILMANE JEAN,
    Defendant.

## UNOPPOSED MOTION FOR COST

COMES NOW DEFENDANT, by and through his undersigned counsel, and filed this Uopposed Motion for Cost and in support thereof states as follows;

1. On November 15, 2011, undersigned counsel was appointed to represent Mr. Jean in this cause of action.

2. On November 16, 2011, pursuant to Rule 12(d)(1) of the Federal Rules of Criminal Procedure, undersigned counsel received discovery materials from the United States Attorney's Office.

3. Included in the discovery materials was a notification that law enforcement utilized fixed video surveillance that was recorded and is in evidence. In order to obtain a copy of the video surveillance recordings, undersigned counsel must provide to the Government one (1) internal SATA hard drive with at least 1.5 Terabyte(TB); one (1) internal SATA hard drive with at least 320 gigabytes (GB); an external USB hard drive enclosure to connect the hard drive(s) directly to a computer.

4. Undersigned counsel has contacted several electronic stores to obtain cost for said external hard drives and determined that Best Buy is the most reasonable priced at one hundred fifty ($150.00) for the 1.5 Terabyte (TB) internal SATA drive; one hundred eighty two ($182.00) for 320 gigabyte (GB) internal SATA drive; and twenty six dollars ($26.00) for external USB drive enclosure to connect the hard drive(s) directly to a computer.

5. Mr. Jean comes before this Honorable Court seeking authorization to purchase said two (2) external hard drives and external hard drive enclosure and have the United States pay for same pursuant to the Criminal Justice Act.

6. AUSA Jesus Casas is unopposed to this motion.

7. This motion is brought in good faith and for no purpose contrary to law.

WHEREFORE the above stated reasons, it is respectfully requested that this Honorable Court will GRANT this motion and authorize undersigned to purchase the two (2) external hard drives and have the United States pay for same.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of courts who will forward electronically to the United States Attorney's office and all other parties on this 30 day of January, 2012

Respectfully Submitted,
BORRAS &LATINO, P.A.

By: _____
Anthony B. Borras, Esquire
FBN: 886467
1815 Hough Street
Fort Myers, FL 33901
239-332-0484
Attorney for Defendant